**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTOPHER RICHARD**                                        **PLAINTIFF**

**v.**                    **CASE NO. 4:25-CV-00573-BSM**

**SOCIAL SECURITY ADMINISTRATION
Commissioner**                                               **DEFENDANT**

### <u>ORDER</u>

After de novo review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 17] is adopted, and Christopher Richard's complaint is dismissed with prejudice.

IT IS SO ORDERED this 15th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE