## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER RICHARD**                                              **PLAINTIFF**

**v.**                          **CASE NO.  4:25-CV-00573-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE